Fill in this information to identify the case:

Debtor name _____O'Connor Construction Group, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... | $2,627,507.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... | $3,807,418.37 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... | $6,434,925.37 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $5,024,984.40 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $45,503.93 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. | **+** $11,976,202.76 |

4. **Total liabilities**............................................................................................................................ | $17,046,691.09 |
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____O'Connor Construction Group, LLC_____

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Citizens Bank of Texas** | **Checking account** | **7062** | **$12,563.38** |

**Additional Page Total** - *See continuation page for additional entries* | **$0.00**

4. **Other cash equivalents** *(Identify all)*

4.1 **Registry of the District Court, Parker County, Texas** | **$1,286,497.77**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,299,061.15**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Debtor     **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
            Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                          $0.00

---

**Part 3:     Accounts receivable**

---

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  |
    |---|
    | **Current value of debtor's interest** |

11. **Accounts Receivable**

    | 11a. 90 days old or less: | $568,441.01 | - | $0.00 | = ......➜ | $568,441.01 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |
    | 11b. Over 90 days old: | $1,231,184.07 | - | $403,386.02 | = ......➜ | $827,798.05 |
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                          $1,396,239.06

---

**Part 4:     Investments**

---

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  |  |
    |---|---|
    | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:                                             % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

| Debtor | **O'Connor Construction Group, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

**None**

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    $0.00

---

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| **None** | | | | |
| 20. **Work in progress** | | | | |
| 20.1 Fabrication work for pending jobs | 01/28/2022 MM / DD / YYYY | (Unknown) | Market Value | $225,000.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| **None** | | | | |
| 22. **Other inventory or supplies** | | | | |
| 22.1 Misc. parts left over from prior jobs. | 01/28/2022 MM / DD / YYYY | (Unknown) | Market Value | $10,000.00 |

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    $235,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

---

Debtor    **O'Connor Construction Group, LLC**         Case number *(if known)* _____
         Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

     **None**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

     **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

     **None**

**31. Farm and fishing supplies, chemicals, and feed**

     **None**

**32. Other farming and fishing-related property not already listed in Part 6**

     **None**

**33. Total of Part 6**

     Add lines 28 through 32. Copy the total to line 85.                  **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Debtor  __O'Connor Construction Group, LLC_____  Case number *(if known)* _____
       Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Office furniture located at company headquarters | (Unknown) | Market Value | $20,000.00 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office equipment located at company headquarters | (Unknown) | Market Value | $10,000.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                     $30,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.1 | **2019 Ford Explorer / VIN: 1FM5K7D8XKGB07149** | **(Unknown)** | **Market Value** | $36,000.00 |
| 47.2 | **2019 Ford F-250 / VIN: 1FT7W2B62KEC22345 Leased from Ford Motor Credit Company** | **(Unknown)** | **Market Value** | $40,000.00 |

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| 50.1 | **2012 Komatsu WA380-7 Front End Loader and Accessories / VIN: A64058** | **(Unknown)** | **Market Value** | $80,000.00 |

**Additional Page Total -** *See continuation page for additional entries* — $73,500.00

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87. — $229,500.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:** Real Property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | | |
|---|---|---|---|---|---|
| 55.1 | **212.451 acre tract located in Wise County, Texas.**<br>**173 CR 3850 Poolville, TX 76487** | Fee Simple | **(Unknown)** | **Market Value** | $2,627,507.00 |

Debtor   **O'Connor Construction Group, LLC**                                Case number *(if known)*
          Name

| | | | | |
|---|---|---|---|---|
| 55.2 | **Office Lease at 4150 International Plaza**<br>**4100 International Plaza Suite 460 Fort**<br>**Worth, TX 76109** | **Lease** | **(Unknown)** | **Market Value**            **$0.00** |
| 55.3 | **Office Lease in Omaha, Nebraska**<br>**4321 N. 156th Street Omaha, NE 68116** | **Lease** | **(Unknown)** | **Market Value**            **$0.00** |
| 55.4 | **Mobile Home/Lot Lease at Cedar Knoll**<br>**5535 Dysart Road, Site #73 Waterloo, IA**<br>**50701** | **Lease** | **(Unknown)** | **Market Value**            **$0.00** |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          **$2,627,507.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**    Intangibles and Intellectual Property

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61.** Internet domain names and websites | | | |
| 61.1 **O'Connor Construction Group domain name and website** | **(Unknown)** | **Market Value** | **$2,500.00** |
| **62.** Licenses, franchises, and royalties | | | |
| 62.1 **Software and Other Licensing Agreements** | **(Unknown)** | **Market Value** | **$2,500.00** |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| 63.1 **Customer Lists** | **(Unknown)** | **Market Value** | **$5,000.00** |
| **64.** Other intangibles, or intellectual property | | | |
| **None** | | | |

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**65.** **Goodwill**

    65.1  Goodwill Associated with the Company Name        (Unknown)    Market Value              $5,000.00

**66.** **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                                             $15,000.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

    ☑ No

    ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 11:   All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

                                                        **Current value of debtor's interest**

**71.** **Notes receivable**

    Description (include name of obligor)

    **None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    **None**

**73.** **Interests in insurance policies or annuities**

    **None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    __O'Connor Construction Group, LLC_____    Case number *(if known)* _____
          Name

> **Claims and counterclaims against Green Capital Funding LLC**                                            (Unknown)
> 75.1 **including breach of contract.**
>
> **Nature of Claim**    __Breach of Contract__
>
> **Amount Requested**    __(Unknown)__
>
>
> **Additional Page Total** - *See continuation page for additional entries*                              $87,512.20

**76.    Trusts, equitable or future interests in property**

    **None**

**77.    Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

    77.1  **Customer contracts for projects in progress.**                                        $510,000.00

    **Other Property Total** - *See continuation page for entries*                                 $5,105.96

**78.    Total of Part 11**                                                                                 $602,618.16
    Add lines 71 through 77. Copy the total to line 90.

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **O'Connor Construction Group, LLC**                        Case number *(if known)*
          Name

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,299,061.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,396,239.06 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $235,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $30,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $229,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................ → | | $2,627,507.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*               + | $602,618.16 | |
| 91. **Total.** Add lines 80 through 90 for each column......   91a. | $3,807,418.37 | + 91b. $2,627,507.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................... | | $6,434,925.37 |

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | First Financial Bank | Checking account | 0036 | $0.00 |
| 3.3 | Citizens Bank of Texas | Checking account | 2301 | $0.00 |
| 3.4 | First Financial Bank | Savings account | 0201 | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**41. Office equipment - *Continued***

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 41.2 | Phone System Leased from IntegraCom, Inc. | (Unknown) | Market Value | $0.00 |
| 41.3 | HP Printers Leased from ImageNet Consulting | (Unknown) | Market Value | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50. Other machinery, fixtures, and equipment - *Continued***

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 50.2 | Caterpillar Track Type Tractor / VIN: PER00989 Leased from Caterpillar Financial Services Corporation | (Unknown) | Market Value | $0.00 |
| 50.3 | Caterpillar Hydraulic Excavator / VIN: NAZ01207 Leased from Caterpillar Financial Services Corporation | (Unknown) | Market Value | $0.00 |
| 50.4 | 2011 DC Trailer / VIN: 53NBE121XB1001020 | (Unknown) | Market Value | $2,500.00 |
| 50.5 | 2012 Genie GTH-844 Forklift Variable Reach / VIN: GTH0812-15416 | (Unknown) | Market Value | $40,000.00 |
| 50.6 | 2019 Continental Cargo Utility Trailer / VIN: 5NHUVHV29KY034743 | (Unknown) | Market Value | $7,500.00 |
| 50.7 | 2012 Tiger Trailer / VIN: VN 5UTBU2024CM000395 | (Unknown) | Market Value | $2,750.00 |
| 50.8 | 2012 Tiger Flatbed Trailer / VIN: 5UTBU1827CM002124 | (Unknown) | Market Value | $2,750.00 |
| 50.9 | 2015 Utility Trailer / VIN: 542BE3228FB009752 | (Unknown) | Market Value | $3,000.00 |
| 50.10 | Untitled Construction Equipment | (Unknown) | Market Value | $15,000.00 |

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest - *Continued***

| | General description | Nature and extent | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| 55.4 | Mobile Home/Lot Lease at Cedar Knoll<br>5535 Dysart Road, Site #73 Waterloo, IA<br>50701 | Lease | (Unknown) | Market Value | $0.00 |

| | Current value of debtor's interest |
|---|---|

Debtor     __O'Connor Construction Group, LLC_____     Case number *(if known)* _____
           Name

### Additional Page

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims - *Continued***

75.2 **Claims against H.W. Tucker for conversion of materials stored by Debtor on H.W. Tucker property.**                                               (Unknown)

**Nature of Claim**     Claim for damages arising from conversion

**Amount Requested**    (Unknown)

75.3 **Claims against Lineage Logistics, LLC arising from exercise of prejudgment garnishment remedy on September 22, 2021.**                           (Unknown)

**Nature of Claim**

**Amount Requested**    (Unknown)

75.4 **Receivable due from KB Phoenix Division One, LLC**                                               $87,512.20

**Nature of Claim**     Open Line of Credit

**Amount Requested**    $87,512.20

**77.** **Other property of any kind not already listed - *Continued***

77.2 **Refund of Garner Retainer Fee on Hand**                                               $5,000.00

77.3 **Checks from Ally Financial (2)**                                               $105.96

Fill in this information to identify the case:

Debtor name _____ O'Connor Construction Group, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| | | |
|---|---|---|
| **2.1** **Creditor's name**<br>AgTexas FLCA | **Describe debtor's property that is subject to a lien**<br>212.451 acre tract located in Wise County, Texas.<br>173 CR 3850 Poolville, TX 76487 | $1,956,218.76    $2,627,507.00 |
| **Creditor's mailing address**<br>117 S Burleson Blvd<br>Burleson, TX 76028-4301 | **Describe the lien**<br>Deed of Trust Lien | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes. | |
| **Date debt was incurred**    01/17/2020 | **Is anyone else liable on this claim?**<br>☐ No | |
| **Last 4 digits of account number**    7  3  7  0 | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|    **1) AgTexas FLCA**<br>   2) Wise County Appraisal District<br>   3) Parker County Appraisal District | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                                 $5,024,984.40

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.2 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $144,230.11 | $1,286,497.77 |
|---|---|---|---|---|

**Creditor's name**
Beacon Sales Acquisitions, LLC

**Describe debtor's property that is subject to a lien**
Registry of the District Court, Parker County, Texas

**Creditor's mailing address**
Po Box 840567

Dallas, TX 75284-0567

**Describe the lien**
Post-Judgment Garnishment

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**
William.Romanelli@Becn.com

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) Lineage Logistics, LLC

     **2) Beacon Sales Acquisitions, LLC**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | *Column A* | *Column B* |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** **Creditor's name**

Breakout Capital, LLC

**Creditor's mailing address**

1451 Dolley Madison Blvd Suite 200

Mc Lean, VA 22101

**Creditor's email address, if known**

kahmad@breakoutfinance.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Accounts Receivable**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

    4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Misc. parts left over from prior jobs.**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

    4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Fabrication work for pending jobs**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

**Describe debtor's property that is subject to a lien**

Accounts Receivable

Misc. parts left over from prior jobs.

Fabrication work for pending jobs

Office furniture located at company headquarters

Retainage on Current Projects

*See continuation page.*

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$603,986.00      $2,273,751.26

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|--------|----------------------------------|--------------------------|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Office furniture located at company headquarters**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

    4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Retainage on Current Projects**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

    4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Office equipment located at company headquarters**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

    4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Accounts Receivable**

☑ No. Specify each creditor, including this creditor, and its relative priority.

    1) Small Business Administration

    **2) Breakout Capital, LLC**

    3) CIT Bank, N.A.

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is
specified on lines _____

**For Asset:**
**Untitled Construction Equipment**

☑ No. Specify each creditor, including this
creditor, and its relative priority.

1) Small Business Administration

**2) Breakout Capital, LLC**

3) CIT Bank, N.A.

4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is
specified on lines _____

**For Asset:**
**Customer contracts for projects in progress.**

☑ No. Specify each creditor, including this
creditor, and its relative priority.

1) Small Business Administration

**2) Breakout Capital, LLC**

3) CIT Bank, N.A.

4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is
specified on lines _____

**For Asset:**
**Receivable due from KB Phoenix Division One, LLC**

☑ No. Specify each creditor, including this
creditor, and its relative priority.

1) Small Business Administration

**2) Breakout Capital, LLC**

3) CIT Bank, N.A.

4) Union Funding Source, Inc

☐ Yes. The relative priority of creditors is
specified on lines _____

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4**

**Creditor's name**
CIT Bank, N.A.

**Amount of claim:** $85,975.69  
**Value of collateral:** $2,353,751.26

**Creditor's mailing address**
155 Commerce Way

Portsmouth, NH 03801

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Accounts Receivable**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Misc. parts left over from prior jobs.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Fabrication work for pending jobs**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Office furniture located at company headquarters**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**Describe debtor's property that is subject to a lien**

Accounts Receivable

Misc. parts left over from prior jobs.

Fabrication work for pending jobs

Office furniture located at company headquarters

2012 Komatsu WA380-7 Front End Loader and Accessories

*See continuation page.*

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**For Asset:**
**2012 Komatsu WA380-7 Front End Loader and Accessories**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**Retainage on Current Projects**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Office equipment located at company headquarters**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Accounts Receivable**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Untitled Construction Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Customer contracts for projects in progress.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Receivable due from KB Phoenix Division One, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

| Debtor | O'Connor Construction Group, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

---

**2.5** | **Creditor's name**

First Financial Bank, N.A.

**Creditor's mailing address**

College Park Office

101 College Park Drive

Weatherford, TX 76086-6211

**Creditor's email address, if known**

_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

2012 Genie GTH-844 Forklift Variable Reach

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$30,003.84     $40,000.00

---

**2.6** | **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

PO Box 650574

Dallas, TX 75265-0574

**Creditor's email address, if known**

_____

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

2019 Ford Explorer

**Describe the lien**

Certificate of Title

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$35,013.10     $36,000.00

---

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|

| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**
Lineage Logistics, LLC

**Creditor's mailing address**
c/o Robin Harrison
Hicks Thomas LLP
700 Louisiana Suite 2300
Houston, TX 77002

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.2

**Describe debtor's property that is subject to a lien**
Registry of the District Court, Parker County, Texas

**Describe the lien**
Prejudgment Garnishment

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $1,520,353.19    Column B: $1,286,497.77

---

**2.8**

**Creditor's name**
Parker County Appraisal District

**Creditor's mailing address**
1108 Santa Fe Dr
Weatherford, TX 76086-5818

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**
212.451 acre tract located in Wise County, Texas.
173 CR 3850 Poolville, TX 76487

**Describe the lien**
Statutory Property Tax Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $3,860.78    Column B: $2,627,507.00

---

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|--------|----------------------------------|--------------------------|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.9**

**Creditor's name**
Small Business Administration

**Creditor's mailing address**
4300 Amon Carter Blvd. Suite 114
Fort Worth, TX 76155

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

    **For Asset:**
    **Accounts Receivable**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

    **For Asset:**
    **Misc. parts left over from prior jobs.**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

    **For Asset:**
    **Fabrication work for pending jobs**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

    **For Asset:**
    **Office furniture located at company headquarters**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**Describe debtor's property that is subject to a lien**          $500,000.00          $2,273,751.26
Accounts Receivable
Misc. parts left over from prior jobs.
Fabrication work for pending jobs
Office furniture located at company headquarters
Retainage on Current Projects
*See continuation page.*

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    O'Connor Construction Group, LLC                                                Case number *(if known)*
        Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Retainage on Current Projects**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Office equipment located at company headquarters**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Accounts Receivable**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Untitled Construction Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Customer contracts for projects in progress.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

**For Asset:**
**Receivable due from KB Phoenix Division One, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.3___

| Debtor | O'Connor Construction Group, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10**

**Creditor's name**
Union Funding Source, Inc

**Creditor's mailing address**
1835 E Hallandale Beach Blvd # 278

Hallandle Bch, FL 33009-4619

**Creditor's email address, if known**
alice@unionfundingsource.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Accounts Receivable**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _2.3_

**For Asset:**
**Misc. parts left over from prior jobs.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _2.3_

**For Asset:**
**Fabrication work for pending jobs**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _2.3_

**For Asset:**
**Office furniture located at company headquarters**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _2.3_

**Describe debtor's property that is subject to a lien**     $123,826.55     $2,273,751.26

Accounts Receivable

Misc. parts left over from prior jobs.

Fabrication work for pending jobs

Office furniture located at company headquarters

Retainage on Current Projects

*See continuation page.*

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No.
☐ Yes.

**Is anyone else liable on this claim?**
☐ No.
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Retainage on Current Projects**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Office equipment located at company headquarters**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Accounts Receivable**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Untitled Construction Equipment**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Customer contracts for projects in progress.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

**For Asset:**
**Receivable due from KB Phoenix Division One, LLC**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.3_____

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11**

**Creditor's name**

Wise County Appraisal District

**Creditor's mailing address**

400 E Business 380

Decatur, TX 76234-3165

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Describe debtor's property that is subject to a lien**

212.451 acre tract located in Wise County, Texas.
173 CR 3850 Poolville, TX 76487

**Describe the lien**

Statutory Property Tax Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes.

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,516.38      $2,627,507.00

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line _____ | ____ ____ ____ ____ |

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 1: Additional Page**

2.

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | AgTexas FLCA | |

| **2.2** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Beacon Sales Acquisitions, LLC | |

| **2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Breakout Capital, LLC | Office equipment located at company headquarters |
| | | Accounts Receivable |
| | | Untitled Construction Equipment |
| | | Customer contracts for projects in progress. |
| | | Receivable due from KB Phoenix Division One, LLC |

| **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | CIT Bank, N.A. | Retainage on Current Projects |
| | | Office equipment located at company headquarters |
| | | Accounts Receivable |
| | | Untitled Construction Equipment |
| | | Customer contracts for projects in progress. |
| | | Receivable due from KB Phoenix Division One, LLC |

| **2.5** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | First Financial Bank, N.A. | |

| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Ford Motor Credit Company LLC | |

| **2.7** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Lineage Logistics, LLC | |

| **2.8** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Parker County Appraisal District | |

| **2.9** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Small Business Administration | Office equipment located at company headquarters |
| | | Accounts Receivable |
| | | Untitled Construction Equipment |
| | | Customer contracts for projects in progress. |
| | | Receivable due from KB Phoenix Division One, LLC |

| **2.10** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|
| | Union Funding Source, Inc | Office equipment located at company headquarters |

Debtor     O'Connor Construction Group, LLC                                    Case number *(if known)*
           Name

| Part 1: | **Additional Page** |
| --- | --- |

| | Accounts Receivable |
| | Untitled Construction Equipment |
| | Customer contracts for projects in progress. |
| | Receivable due from KB Phoenix Division One, LLC |

| 2.11 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| --- | --- | --- |
| | Wise County Appraisal District | |

**Fill in this information to identify the case:**

Debtor name _____O'Connor Construction Group, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

Internal Revenue Service

Internal Revenue Service
Special Procedures-Insolvency

P.O. Box 7346

Philadelphia, PA 19101

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Payroll Withholding Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$29,845.40**    Priority amount: **$29,845.40**

**2.2** | Priority creditor's name and mailing address

State Comptroller of Public Accounts

Revenue Accounting Division -
Bankruptcy Section

P.O. Box 13528

Austin, TX 78711

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Sales and Franchise Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$15,658.53**    Priority amount: **$15,658.53**

Debtor    __O'Connor Construction Group, LLC_____     Case number *(if known)*_____
        Name

---

## Part 1: Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _unknown_ | _unknown_ |
|---|---|---|---|---|

**2.3**

**Priority creditor's name and mailing address**

Texas Attorney General's Office

Bankruptcy-Collections Division

P.O. Box 12548

Austin, TX 78711-2548

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_unknown_     _unknown_

---

**2.4**

**Priority creditor's name and mailing address**

Texas Workforce Commission

TEC Building- Bankruptcy

101 E. 15th Street

Austin, TX 78778

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

_unknown_     _unknown_

---

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**4 Front Engineered Solutions**

**1612 Hutton Drive Suite 140**

**Carrollton, TX 75006**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$99,739.00

**3.2**   Nonpriority creditor's name and mailing address

**A&A Sawing LLC**

**Po Box 59858**

**Dallas, TX 75229-1858**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$5,567.50

**3.3**   Nonpriority creditor's name and mailing address

**ABC SUPPLY**

**Po Box 842450**

**Dallas, TX 75284-2450**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$78,620.39

**3.4**   Nonpriority creditor's name and mailing address

**Access Overhead Door**

**4555 Forest Hill Cir**

**Forest Hill, TX 76140-1401**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$15,360.31

**3.5**   Nonpriority creditor's name and mailing address

**Acheson Architecture, LLC**

**16905 White Rock Cir**

**Flint, TX 75762-6009**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Architectural Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,900.00

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,688.65
*Check all that apply.*

ACT Metal Deck Supply

1601 Emily Ln

Aurora, IL 60502-7801

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Materials Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,115.00
*Check all that apply.*

Action Fire Pros

Po Box 797

Waxahachie, TX 75168-0797

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.00
*Check all that apply.*

Action Services Inc.

Po Box 232

Hiawatha, IA 52233-0232

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Rental Equipment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,789.34
*Check all that apply.*

Advanced Electrical Systems, I

Po Box 36503

Louisville, KY 40233-6503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,353.14
*Check all that apply.*

Ahern Fire Protection

Po Box 1316

Fond Du Lac, WI 54936-1316

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

---

Debtor     **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
           Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.11** Nonpriority creditor's name and mailing address

**Airgas USA, LLC**

**Po Box 734672**

**Dallas, TX 75373-4672**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$3,288.61**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Materials Supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Alex Baumgartner**

**1225 E Bankhead Hwy**

**Weatherford, TX 76086**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$18,076.75**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Money Loaned**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Alex Cor Inc**

**1300 Lucas St**

**Leesburg, FL 34748-6523**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.14** Nonpriority creditor's name and mailing address

**All Weather Insulated Panels**

**929 Aldridge Rd**

**Vacaville, CA 95688-9282**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$223,468.80**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Materials Supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Allegiance Industries Inc.**

**105 Sunbelt Blvd**

**Columbia, SC 29203-2617**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:     **$8,904.73**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor    **O'Connor Construction Group, LLC**                                          Case number *(if known)* _____
　　　　　　Name

---

**Part 2:**  Additional Page

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $584,595.00 |
|---|---|---|---|

**3.16** Nonpriority creditor's name and mailing address

**Allied Electrical Contractors**

15225 Hwy 36 Ste 1

Bennington, NE 68007-5163

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $584,595.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**Al's H2O Services & Repairs LL**

11174 Yucca Rd

Minneola, KS 67865-8502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $798.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**American Express [Blue for Business]**

P.O. Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred _____

Last 4 digits of account number  **2  0  0  6**

As of the petition filing date, the claim is: $50,657.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**American Express [Plum Card]**

P.O. Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred _____

Last 4 digits of account number  **1  0  0  7**

As of the petition filing date, the claim is: $66,001.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**American Express [Plus Credit Card]**

P.O. Box 981535

El Paso, TX 79998-1535

Date or dates debt was incurred _____

Last 4 digits of account number  **1  0  0  4**

As of the petition filing date, the claim is: $2,900.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **O'Connor Construction Group, LLC**                         Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |

---

**3.21** **Nonpriority creditor's name and mailing address**
**Aradillaz Fire Protection, LLC**

**2135 Cougar Pass Dr**

**San Antonio, TX 78230-0905**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$22,692.05

---

**3.22** **Nonpriority creditor's name and mailing address**
**Ardor, LLC**

**9502 S Eastern Ave**

**Moore, OK 73160-9015**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$44,401.00

---

**3.23** **Nonpriority creditor's name and mailing address**
**Aries Building Systems LLC**

**2900 S Quincy St Ste 42**

**Arlington, VA 22206-2231**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Rental Equipment**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,789.33

---

**3.24** **Nonpriority creditor's name and mailing address**
**Arkotex Inc.**

**20811 Arkotex Rd**

**Siloam Spgs, AR 72761-9107**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$59,040.50

---

**3.25** **Nonpriority creditor's name and mailing address**
**Asi Doors Inc.**

**5848 N 95th Ct**

**Milwaukee, WI 53225-2613**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Materials Supplier**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$13,104.28

---

Debtor __O'Connor Construction Group, LLC_____  Case number *(if known)* _____
      Name

| Part 2: | Additional Page |
|---|---|

**3.26** Nonpriority creditor's name and mailing address

B6 Contracting

409 Hall Dr

Winnsboro, TX 75494-2417

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $31,850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Baird Hampton & Brown Inc

6300 Ridglea Pl Ste 700

Fort Worth, TX 76116-5733

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $19,895.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Engineering Services__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Baker Refrigeration

3931 N Arkansas Avenue

Russellville, AR 72802

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $600,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Bankston Electric Company

Po Box 4

Venus, TX 76084-0004

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $51,870.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Bell Brothers Heating &

2822 6th Ave

Des Moines, IA 50313-4127

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $78,040.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

**3.31 Nonpriority creditor's name and mailing address**
Bergen Plumbing HeatingCooling
35 Fletcher Ave
Waterloo, IA 50701-6101

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$19,300.00

**3.32 Nonpriority creditor's name and mailing address**
Bertini Tile
11273 Meredith Dr
Urbandale, IA 50322-7254

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$18,005.00

**3.33 Nonpriority creditor's name and mailing address**
Black Hawk Roof Co., Inc
619 E 19th St
Cedar Falls, IA 50613-4275

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$1,306.80

**3.34 Nonpriority creditor's name and mailing address**
Blackhawk Automatic Sprinklers
Po Box 998
Cedar Falls, IA 50613-0047

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$22,149.50

**3.35 Nonpriority creditor's name and mailing address**
Brazos Door & Hardware Co.
c/o Fred M. "Mickey" Jones
3800 E 42nd Street Suite 500
Odessa, TX 79762

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Materials Supplier

Is the claim subject to offset?
☑ No
☐ Yes

$21,183.19

Debtor  **O'Connor Construction Group, LLC**                                           Case number *(if known)* _____
Name

---

### Part 2: Additional Page

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $300.00 |

**3.36**

**Nonpriority creditor's name and mailing address**
Breck Construction Co. Inc

3120 Armand St

Monroe, LA 71201-3914

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
Bridgeport Building Center

9330 Lyndon B Johnson Fwy Ste 850

Dallas, TX 75243-3485

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $925.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
Briggs Equipment, Inc

Po Box 841272

Dallas, TX 75284-1272

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $15,410.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
Budget Dumpster LLC

830 Canterbury Rd

Westlake, OH 44145-1403

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $7,174.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
Builders First Source

Po Box 844106

Dallas, TX 75284-4106

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:** $140.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **O'Connor Construction Group, LLC**  Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.41** Nonpriority creditor's name and mailing address

Butters Fetting

1669 S 1st St

Milwaukee, WI 53204-2902

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $350,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address

Cal-Tech Testing Inc

Po Box 1625

Lake City, FL 32056-1625

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $3,200.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

CapitalOne Spark Business

P.O. Box 30285

Salt Lake City, UT 84130-0285

Date or dates debt was incurred _____

Last 4 digits of account number **5  5  0  0**

As of the petition filing date, the claim is: $14,686.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Charges**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Cardinal Integrated Systems

1055 Grade Ln

Louisville, KY 40213-2608

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $25,923.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Carlisle Roofing Systems In

21485 Network Pl

Chicago, IL 60673-1214

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $11,580.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,287.35 |
|---|---|---|---|

**CAT Commercial Card**

Po Box 78004

Phoenix, AZ 85062-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Equipment**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165,376.00 |
|---|---|---|---|

**Charter Drywall Dallas, Inc**

12901 Nicholson Rd Ste 160

Farmers Brnch, TX 75234-9299

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,622.30 |
|---|---|---|---|

**Chase**

P.O. Box 15298

Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Date or dates debt was incurred _____

Last 4 digits of account number  5  1  8  9

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,488.09 |
|---|---|---|---|

**Chase**

P.O. Box 15298

Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Date or dates debt was incurred _____

Last 4 digits of account number  9  8  5  6

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.00 |
|---|---|---|---|

**Chavarris's Plumbing, Inc**

6320 Krone Ln

Laredo, TX 78041-6202

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **O'Connor Construction Group, LLC**_____    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

**3.51** Nonpriority creditor's name and mailing address

City of Denton

Po Box 660150

Dallas, TX 75266-0150

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

$974.58

---

**3.52** Nonpriority creditor's name and mailing address

Classic Counter Tops Inc

2325 Executive Dr

Garland, TX 75041-6122

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$2,564.00

---

**3.53** Nonpriority creditor's name and mailing address

Cold Storage Pros, LLC

Po Box 285

Fellsmere, FL 32948-0285

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,100.00

---

**3.54** Nonpriority creditor's name and mailing address

Columbia Sheet Metal Inc.,

614 112th St E

Tacoma, WA 98445-3002

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

$12,280.81

---

**3.55** Nonpriority creditor's name and mailing address

Constellation New Energy In

Po Box 5471

Carol Stream, IL 60197-5471

Date or dates debt was incurred    _____

Last 4 digits of account number    **3  9  -  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

$2,373.73

---

Debtor **O'Connor Construction Group, LLC**
Name

Case number *(if known)*

---

<table>
<tr><td colspan="3">**Part 2:** Additional Page</td></tr>
</table>

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115,854.91
--- | --- | --- | ---

Creditors Relief, LLC

c/o David Graff, Esq.
Graff Siliverstein LLC

3 Middle Patent Road

Armonk, NY 10504

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Debt Restructuring Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown
--- | --- | --- | ---

Crystal Distribution Services, Inc.

c/o Phillip L. Lamberson
500 Winstead Building

2728 N. Harwood Street

Dallas, TX 75201

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,052.95
--- | --- | --- | ---

D&S Engineering Labs

Po Box 855

Collinsville, TX 76233-0855

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $318,806.97
--- | --- | --- | ---

Danny Milligan

9657 Old Agnes Road

Springtown, TX 76082

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money Loaned**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,770.40
--- | --- | --- | ---

DDM Materials

11863 Harmonson Rd

Justin, TX 76247-8910

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,796.92 |

**DDP Specialty Electronic Mater**

Po Box 734080

Chicago, IL 60673-4080

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,800.00 |

**Del Real, LLC**

c/o Darren P. Trone
Law Offices of Darren P. Trone

3838 Orange Street

Riverside, CA 92501

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of Contract**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,514.20 |

**Delta Company Roofing LLC**

387 N Corona St Ste 618

Denver, CO 80218-3939

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,118.34 |

**DFW Door & Hardware**

1173 113th St

Grand Prairie, TX 75050-2610

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,186.35 |

**Doing Steel Fabrications LLC**

2125 N Golden Ave

Springfield, MO 65803-2221

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **O'Connor Construction Group, LLC**         Case number *(if known)* _____
   Name

---

| **Part 2:** | Additional Page |
| --- | --- |

**3.66** **Nonpriority creditor's name and mailing address**

   Door & Frame Solutions

   11054 Shady Trl Ste 303

   Dallas, TX 75229-7679

   Date or dates debt was incurred   _____

   Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,875.35

---

**3.67** **Nonpriority creditor's name and mailing address**

   Door Engineering and Manufac

   Po Box 775249

   Chicago, IL 60677-5249

   Date or dates debt was incurred   _____

   Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$171,495.35

---

**3.68** **Nonpriority creditor's name and mailing address**

   DuraServ dba Passport Dock

   Po Box 414746

   Boston, MA 02241-4746

   Date or dates debt was incurred   _____

   Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,563.94

---

**3.69** **Nonpriority creditor's name and mailing address**

   Dynamite Dumpsters Mgmt Group

   51582 Highway 443

   Loranger, LA 70446-2106

   Date or dates debt was incurred   _____

   Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,893.00

---

**3.70** **Nonpriority creditor's name and mailing address**

   ECS Southwest LLP

   14026 Thunderbolt Pl # 800

   Chantilly, VA 20151-3295

   Date or dates debt was incurred   _____

   Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,391.25

---

Debtor    **O'Connor Construction Group, LLC**                          Case number *(if known)* _____
Name

## Part 2:   Additional Page

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|
| | Edward Milligan | ☐ Contingent | |
| | 183 County Road 4797 | ☐ Unliquidated | |
| | Boyd, TX 76023-5629 | ☐ Disputed | |
| | | Basis for the claim: **Money Loaned** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,672.00 |
|---|---|---|---|
| | Eggleston King LLP | ☐ Contingent | |
| | 102 Houston Ave Ste 300 | ☐ Unliquidated | |
| | Weatherford, TX 76086-4369 | ☐ Disputed | |
| | | Basis for the claim: **Legal Services** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,270.45 |
|---|---|---|---|
| | Engineered Fall Protection | ☐ Contingent | |
| | 4000 Fee Fee Rd | ☐ Unliquidated | |
| | Bridgeton, MO 63044-2708 | ☐ Disputed | |
| | | Basis for the claim: **Materials Supplier** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|
| | Epic Erectors LLC | ☐ Contingent | |
| | Po Box 854 | ☐ Unliquidated | |
| | Weatherford, TX 76086-0854 | ☐ Disputed | |
| | | Basis for the claim: **Subcontractor** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,152.25 |
|---|---|---|---|
| | Ernst Concrete | ☑ Contingent | |
| | 5800 Haunz Ln | ☑ Unliquidated | |
| | Louisville, KY 40241-1408 | ☑ Disputed | |
| | | Basis for the claim: **Materials Supplier** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No   ☐ Yes | |

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

### Part 2: Additional Page

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,050.00 |
|---|---|---|---|

**ESSL LLC**

**4544 Maxey Rd**

**Alvarado, TX 76009-6126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
|---|---|---|---|

**Fairborn Equipment Company Inc**

**Po Box 123**

**Upper Sandsky, OH 43351-0123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $871.86 |
|---|---|---|---|

**Fastenal**

**Po Box 1286**

**Winona, MN 55987-7286**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,707.71 |
|---|---|---|---|

**Fastener Systems**

**640 Snyder Ave Ste I**

**West Chester, PA 19382-5597**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.76 |
|---|---|---|---|

**Firestone Building Products**

**Po Box 730096**

**Dallas, TX 75373-0096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Supplier**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,548.88
| FLDR/TLC Overton Centre L.P | *Check all that apply.* |
| | ☐ Contingent |
| Po Box 678649 LB9592 | ☐ Unliquidated |
| | ☐ Disputed |
| Dallas, TX 75267-8649 | Basis for the claim:  **Office Lease** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,586.90
| Foundation Building Materials | *Check all that apply.* |
| | ☐ Contingent |
| Po Box 744398 | ☐ Unliquidated |
| | ☐ Disputed |
| Atlanta, GA 30374-4398 | Basis for the claim:  **Materials Supplier** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.13
| Frank Door Company | *Check all that apply.* |
| | ☐ Contingent |
| Po Box 1720 | ☐ Unliquidated |
| | ☐ Disputed |
| Newport, NC 28570-1720 | Basis for the claim:  **Materials Supplier** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,350.00
| Freyaldenhoven Heating & Cooling | *Check all that apply.* |
| | ☐ Contingent |
| 1101 Front St | ☐ Unliquidated |
| | ☐ Disputed |
| Conway, AR 72032-4307 | Basis for the claim:  **Subcontractor** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,097.50
| General Contracting Services, Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 5818 Wilkiewicz Rd | ☐ Unliquidated |
| | ☐ Disputed |
| N Little Rock, AR 72118-1446 | Basis for the claim:  **Subcontractor** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred   _____ | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

Debtor    **O'Connor Construction Group, LLC**             Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |
| --- | --- |

---

**3.86** **Nonpriority creditor's name and mailing address**

Global Merchant Cash, Inc.

30 Broad Street -- 14th Floor

New York, NY 10004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $0.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Money Loaned**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**

Go Mini's

2021 Dubourg Ave

Louisville, KY 40216-5233

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $1,011.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rental Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

Goodwin Lewis, PLLC

420 Nw 6th St # 2

Oklahoma City, OK 73102-2805

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $594.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

Gordon & Rees

1111 Broadway Ste 1700

Oakland, CA 94607-4023

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $430.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

Green Capital Funding

116 Nassau Street 8th Floor

New York, NY 10038

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**     $600,000.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Money Loaned**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162,700.02
--- | --- | --- | ---

Green Span Profiles

Po Box 4346 Dept 480

Houston, TX 77210-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,068.00

GTG Solutions Inc.

Po Box 490

Chico, TX 76431-0490

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $342,629.47

H.W. Tucker Co.

1301 E 13th St

North Little Rock, AR 72114-3752

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,352.50

Harlan Electric Company Inc

441 Allied Dr

Nashville, TN 37211-3303

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,400.00

Hattiesburg Demolition, LLC

12 Nicolaus Dr

Hattiesburg, MS 39402-8112

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **O'Connor Construction Group, LLC**
Name

Case number *(if known)*

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

| | | |
|---|---|---|
| **3.96** | **Nonpriority creditor's name and mailing address**<br>Heartland Door & Frame Inc<br><br>1305 Ne 46th Ave<br>Des Moines, IA 50313-2669<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Materials Supplier<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,544.12 |
| **3.97** | **Nonpriority creditor's name and mailing address**<br>Heimbuck Disposal Inc.<br><br>Po Box 270310<br>Fort Collins, CO 80527-0310<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rental Equipment<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,404.80 |
| **3.98** | **Nonpriority creditor's name and mailing address**<br>Hermitage Tile and Marble<br><br>3388 Earhart Rd<br>Mt Juliet, TN 37122-3726<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,413.05 |
| **3.99** | **Nonpriority creditor's name and mailing address**<br>Hometown Building Center<br><br>9330 Lyndon B Johnson Fwy Ste 850<br>Dallas, TX 75243-3485<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Materials Supplier<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $362.34 |
| **3.100** | **Nonpriority creditor's name and mailing address**<br>Howland Engineering<br><br>Po Box 451128<br>Laredo, TX 78045-0027<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,087.50 |

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**  Additional Page

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,176.19
| **Hum's Rental** | *Check all that apply.* |
| | ☐ Contingent |
| **3901 E Broadway St** | ☐ Unliquidated |
| | ☐ Disputed |
| **N Little Rock, AR 72114-6454** | **Basis for the claim:**  Rental Equipment |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,129.27
| **Ideal Fire & Security LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **6913 Camp Bowie Blvd Ste 181** | ☐ Unliquidated |
| | ☐ Disputed |
| **Fort Worth, TX 76116-7165** | **Basis for the claim:**  Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,819.91
| **ImageNet Consulting LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **913 N Broadway Ave** | ☐ Unliquidated |
| | ☐ Disputed |
| **Oklahoma City, OK 73102-5810** | **Basis for the claim:**  Copier Leases |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,000.00
| **Impact Fire** | *Check all that apply.* |
| | ☐ Contingent |
| **921 W Mayfield Rd Ste 136** | ☐ Unliquidated |
| | ☐ Disputed |
| **Arlington, TX 76015-3689** | **Basis for the claim:**  Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,252,780.00
| **Industrial Refrigeration Service** | *Check all that apply.* |
| | ☐ Contingent |
| **613 SE Magazine Rd** | ☐ Unliquidated |
| | ☐ Disputed |
| **Ankeny, IA 50021-3744** | **Basis for the claim:**  Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes |

---

Debtor **O'Connor Construction Group, LLC**      Case number *(if known)* _____
 Name

<table>
<tr><td colspan="2">**Part 2:** Additional Page</td></tr>
</table>

| | | |
|---|---|---|
| **3.106** | **Nonpriority creditor's name and mailing address**<br>Ingersoll Rand<br><br>800 Beaty St Ste A<br><br>Davidson, NC 28036-6924<br><br>Date or dates debt was incurred    _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Materials Supplier<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,628.24 |
| **3.107** | **Nonpriority creditor's name and mailing address**<br>Innovative Soil Solutions<br><br>Po Box 847411<br><br>Dallas, TX 75284-7411<br><br>Date or dates debt was incurred    _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Service Charges<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $65.73 |
| **3.108** | **Nonpriority creditor's name and mailing address**<br>Integrity Framing & Drywall<br><br>3562 Sweet Lee Ln Unit A<br><br>Ponder, TX 76259-8838<br><br>Date or dates debt was incurred    _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,822.50 |
| **3.109** | **Nonpriority creditor's name and mailing address**<br>Intercool<br><br>1313 Valwood Pkwy Ste 100<br><br>Carrollton, TX 75006-8305<br><br>Date or dates debt was incurred    _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $118,423.32 |
| **3.110** | **Nonpriority creditor's name and mailing address**<br>Iowa Concrete Cutting, Inc<br><br>PO Box 87-2738<br><br>Kansas City, MO 64187-2738<br><br>Date or dates debt was incurred    _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,076.00 |

Debtor     **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
           Name

| **Part 2:** | Additional Page |
|---|---|

---

**3.111**  **Nonpriority creditor's name and mailing address**

Iowa Demolition

1901 Easton Blvd

Des Moines, IA 50316-2733

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$51,870.00

---

**3.112**  **Nonpriority creditor's name and mailing address**

James Carroll, as agent for Bartos

2001 N Lamar St Ste 540

Dallas, TX 75202-1736

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,960.67

---

**3.113**  **Nonpriority creditor's name and mailing address**

JAX Engineering Inc.

Po Box 126541

Benbrook, TX 76126-6541

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Engineering Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,759.65

---

**3.114**  **Nonpriority creditor's name and mailing address**

JM Concrete Construction Inc

1616 E Atlanta Rd

Stockbridge, GA 30281-1318

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,030.00

---

**3.115**  **Nonpriority creditor's name and mailing address**

Joe Braga

4334 N 143rd St

Omaha, NE 68164-5054

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Money Loaned

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,560.00

---

Debtor **O'Connor Construction Group, LLC**
Name

Case number *(if known)*

---

## Part 2: Additional Page

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.69 |
|---|---|---|---|

**3.116**

Nonpriority creditor's name and mailing address

Johnny on the Spot

1410 Shadow Ln

Dodge City, KS 67801-2954

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$403.69

---

**3.117**

Nonpriority creditor's name and mailing address

JonCo Plumbing

4113 Black Oak Dr

Cleburne, TX 76031-0199

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.118**

Nonpriority creditor's name and mailing address

K&C Pipe & Supply Inc

Po Box 2519

Azle, TX 76098-2519

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Supplies

Is the claim subject to offset?
☑ No
☐ Yes

$2,513.00

---

**3.119**

Nonpriority creditor's name and mailing address

Kabbage, Inc.

c/o Corporation Service Company

251 Little Falls Drive

Wilmington, DE 19808

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Money Loaned

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.120**

Nonpriority creditor's name and mailing address

Kalman Floor Company, Inc.

15710 W Colfax Ave Ste 202

Golden, CO 80401-7405

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$48,335.58

---

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|
| | **Kansas Attorney General** | ☐ Contingent | |
| | **120 Sw 10th Ave Fl 2** | ☐ Unliquidated | |
| | **Topeka, KS 66612-1237** | ☐ Disputed | |
| | | **Basis for the claim:** **Licensing** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **KB Phoenix Division One LLC** | ☐ Contingent | |
| | **Po Box 2689** | ☐ Unliquidated | |
| | **Fredericksbrg, TX 78624-1911** | ☐ Disputed | |
| | | **Basis for the claim:** **Contract** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☐ No | |
| | Last 4 digits of account number __ __ __ __ | ☑ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Kenneth Johnson, JR** | ☐ Contingent | |
| | **206 Lancelot Dr** | ☐ Unliquidated | |
| | **Weatherford, TX 76086-5936** | ☐ Disputed | |
| | | **Basis for the claim:** **Money Loaned** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,734.91 |
|---|---|---|---|
| | **Kingspan Insulated Panels Inc.** | ☐ Contingent | |
| | **PO Box 74004848** | ☐ Unliquidated | |
| | **Chicago, IL 60674-4848** | ☐ Disputed | |
| | | **Basis for the claim:** **Materials Supplier** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,148.75 |
|---|---|---|---|
| | **Lafferty Equipment Manufacture** | ☐ Contingent | |
| | **5614 Oak Grove Rd** | ☐ Unliquidated | |
| | **N Little Rock, AR 72118-1955** | ☐ Disputed | |
| | | **Basis for the claim:** **Materials Supplier** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

Debtor **O'Connor Construction Group, LLC**      Case number *(if known)* _____

Name

---

## Part 2: Additional Page

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,400.00**
--- | --- | --- | ---

Laramie Crane Company

Po Box 1515

La Porte, TX 77572-1515

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address    **As of the petition filing date, the claim is:**    **$29,065.42**

Leum Engineering Inc.

12400 Whitewater Dr Ste 110

Minnetonka, MN 55343-4161

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address    **As of the petition filing date, the claim is:**    **$14,212.30**

Liberty Ready Mix

12012 Ridgemont Dr

Urbandale, IA 50323-2317

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address    **As of the petition filing date, the claim is:**    **$7,900.00**

Lockers By Design

Po Box 157

Sumter, SC 29151-0157

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address    **As of the petition filing date, the claim is:**    **$114,588.99**

Lowery Wholesale

Po Box 130

Paradise, TX 76073-0130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **O'Connor Construction Group, LLC**              Case number *(if known)* _____
<br>       Name

## Part 2: Additional Page

| | | |
|---|---|---|
| **3.131** | **Nonpriority creditor's name and mailing address**<br>M3 Disposal<br><br>Po Box 1296<br><br>Aledo, TX 76008-1296<br><br>Date or dates debt was incurred   _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rental Equipment<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,233.76 |
| **3.132** | **Nonpriority creditor's name and mailing address**<br>Martinson Construction<br><br>3842 W Airline Hwy<br><br>Waterloo, IA 50703-9597<br><br>Date or dates debt was incurred   _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55,246.93 |
| **3.133** | **Nonpriority creditor's name and mailing address**<br>McClure Engineering Company<br><br>1360 Nw 121st St<br><br>Clive, IA 50325-8165<br><br>Date or dates debt was incurred   _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Engineering Services<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,614.00 |
| **3.134** | **Nonpriority creditor's name and mailing address**<br>McGraw Gotta Go, LLC<br><br>Po Box 267<br><br>Flora, MS 39071-0267<br><br>Date or dates debt was incurred   _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rental Equipment<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $239.89 |
| **3.135** | **Nonpriority creditor's name and mailing address**<br>MCI USA Holding Company<br><br>Po Box 829914<br><br>Philadelphia, PA 19182-1914<br><br>Date or dates debt was incurred   _____<br><br>Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Advertising<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,812.50 |

Debtor **O'Connor Construction Group, LLC**      Case number *(if known)* _____
    Name

---

| Part 2: | Additional Page |
|---------|-----------------|

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,022,907.35 |
|-------|--------------------------------------------------|-----------------------------------------------|----------------|

**McNeil Industrial, Inc**

**8425 Madison Street**

**Omaha, NE 68127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.66 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**Metropolitan Utilities Distr**

**Po Box 3600**

**Omaha, NE 68103-0600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Utility**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,298.00 |
|-------|--------------------------------------------------|-----------------------------------------------|------------|

**MetroPower Inc.**

**Po Box 5228**

**Albany, GA 31706-5228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $120,578.46 |
|-------|--------------------------------------------------|-----------------------------------------------|-------------|

**MHC Systems**

**2200 S Old Missouri Rd Ste A**

**Springdale, AR 72764-8719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Subcontractor**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.63 |
|-------|--------------------------------------------------|-----------------------------------------------|---------|

**MidAmerican Energy Services**

**Po Box 8020**

**Davenport, IA 52808-8020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Utility**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor  **O'Connor Construction Group, LLC**
Name
         Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.141** Nonpriority creditor's name and mailing address

**Midsouth Mechanical Inc**

**Po Box 1283**

**Lagrange, GA 30241-0025**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$44,849.20

---

**3.142** Nonpriority creditor's name and mailing address

**Midwest Testing Services In**

**3705 Progress Blvd**

**Peru, IL 61354-1185**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$7,780.00

---

**3.143** Nonpriority creditor's name and mailing address

**Midwest Wrecking**

**Po Box 14668**

**Oklahoma City, OK 73113-0668**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$87,980.00

---

**3.144** Nonpriority creditor's name and mailing address

**Miner Ltd**

**10761 King William Dr**

**Dallas, TX 75220-2445**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,912.17

---

**3.145** Nonpriority creditor's name and mailing address

**Mobile Mini**

**Po Box 650882**

**Dallas, TX 75265-0882**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental Equipment**

Is the claim subject to offset?
☑ No
☐ Yes

$1,537.10

---

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong>   Additional Page</td></tr>
</table>

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,353.80 |
|---|---|---|---|
| | Murphy Berry | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 2910 Ashley Dr | ☐ Unliquidated | |
| | Conway, AR 72034-7335 | ☐ Disputed | |
| | | **Basis for the claim:**  Subcontractor | |
| | Date or dates debt was incurred  _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,069.70 |
|---|---|---|---|
| | Nabco | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 1750 S Amity Rd | ☐ Unliquidated | |
| | Conway, AR 72032-9097 | ☐ Disputed | |
| | | **Basis for the claim:**  Subcontractor | |
| | Date or dates debt was incurred  _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $595,516.06 |
|---|---|---|---|
| | Needham DBS | *Check all that apply.* | |
| | | ☑ Contingent | |
| | 15950 College Blvd | ☑ Unliquidated | |
| | Lenexa, KS 66219-1369 | ☑ Disputed | |
| | | **Basis for the claim:**  Subcontractor | |
| | Date or dates debt was incurred  _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,623.13 |
|---|---|---|---|
| | North West Handling Systems, In | *Check all that apply.* | |
| | | ☐ Contingent | |
| | Po Box 749891 | ☐ Unliquidated | |
| | Los Angeles, CA 90074-9891 | ☐ Disputed | |
| | | **Basis for the claim:**  Materials Supplier | |
| | Date or dates debt was incurred  _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,846.87 |
|---|---|---|---|
| | Northend Disposal | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 1108 E Trail St | ☐ Unliquidated | |
| | Dodge City, KS 67801-9062 | ☐ Disputed | |
| | | **Basis for the claim:**  Rental Equipment | |
| | Date or dates debt was incurred  _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.151
**Nonpriority creditor's name and mailing address**
Norton Home Improvement Co,Inc

3367 S Us Highway 441 Ste 101

Lake City, FL 32025-0209

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### 3.152
**Nonpriority creditor's name and mailing address**
O'Connor Ranch

173 County Road 3850

Poolville, TX 76487-2315

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property Maintenance

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,200.00

### 3.153
**Nonpriority creditor's name and mailing address**
Omaha Public Power District

Po Box 3995

Omaha, NE 68103-0995

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$506.40

### 3.154
**Nonpriority creditor's name and mailing address**
Overhead Door Co of Dallas

10761 King William Dr

Dallas, TX 75220-2445

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,187.00

### 3.155
**Nonpriority creditor's name and mailing address**
Overhead Door Fort Worth

840 Southway Cir

Fort Worth, TX 76115-4008

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

Debtor    **O'Connor Construction Group, LLC**                                    Case number *(if known)* _____
          Name

---

<div style="background:black;color:white;">**Part 2:**</div> Additional Page

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,984.42 |
| | Passport Door & Dock Systems | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 45 Fish Dr | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Angier, NC 27501-6088 | | |
| | | **Basis for the claim:** Subcontractor | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,851.00 |
| | Patriot Fire Protection, Inc | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 2707 70th Ave E | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Tacoma, WA 98424-3642 | | |
| | | **Basis for the claim:** Subcontractor | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $108,054.71 |
| | Paul & Amy O'Connor | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 173 County Road 3850 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Poolville, TX 76487-2315 | | |
| | | **Basis for the claim:** Expense Reimbursements | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 |
| | Pennington Concrete Construction | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 13350 Euless St | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Euless, TX 76040-7225 | | |
| | | **Basis for the claim:** Subcontractor | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,665.49 |
| | PeopleReady Inc. | *Check all that apply.* | |
| | | ☐ Contingent | |
| | Po Box 676412 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Dallas, TX 75267-6412 | | |
| | | **Basis for the claim:** Subcontractor | |
| | Date or dates debt was incurred    _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

---

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,640.73 |
|---|---|---|
| Peterson Contractors | ☐ Contingent | |
| Po Box A | ☐ Unliquidated | |
| Reinbeck, IA 50669-0155 | ☐ Disputed | |
| | **Basis for the claim:** Subcontractor | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|
| Pezzetti Erosion Control Inc | ☐ Contingent | |
| 7300 Westown Pkwy Ste 310 | ☐ Unliquidated | |
| Wdm, IA 50266-2527 | ☐ Disputed | |
| | **Basis for the claim:** Subcontractor | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.38 |
|---|---|---|
| Pot-O-Gold Waste Services | ☐ Contingent | |
| Po Box 1627 | ☐ Unliquidated | |
| Hammond, LA 70404-1627 | ☐ Disputed | |
| | **Basis for the claim:** Rental Equipment | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.164**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,533.00 |
|---|---|---|
| Precision Environmental Service | ☐ Contingent | |
| 6104 Cedar Sage Trl | ☐ Unliquidated | |
| Argyle, TX 76226-7810 | ☐ Disputed | |
| | **Basis for the claim:** Subcontractor | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,906.61 |
|---|---|---|
| Professional Diversified Floor | ☐ Contingent | |
| 4 Vanderbilt Unit A | ☐ Unliquidated | |
| Irvine, CA 92618-2035 | ☐ Disputed | |
| | **Basis for the claim:** Subcontractor | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

Debtor    **O'Connor Construction Group, LLC**            Case number *(if known)* _____
      Name

---

| **Part 2:** | Additional Page |
| --- | --- |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,795.43 |
| --- | --- | --- | --- |

**3.166** Nonpriority creditor's name and mailing address
Providential Fabricators In

Po Box 13126

Memphis, TN 38113-0126

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$137,795.43

---

**3.167** Nonpriority creditor's name and mailing address
Ragle Glass & Mirror LLC.

2399 N Fm 51 Unit 110

Weatherford, TX 76085-6815

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$270.63

---

**3.168** Nonpriority creditor's name and mailing address
Republic Services

Po Box 78829

Phoenix, AZ 85062-8829

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$5,208.99

---

**3.169** Nonpriority creditor's name and mailing address
Residence Inn - NLR

4110 Health Care Dr

N Little Rock, AR 72117-2919

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,255.96

---

**3.170** Nonpriority creditor's name and mailing address
Resolve Automation

102 Pine St

Black Creek, WI 54106-9587

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

$4,584.00

---

Debtor    **O'Connor Construction Group, LLC**            Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,595.55
| **Richard Meek Air Conditioning** | *Check all that apply.*
| | ☐ Contingent
| **117 Henrietta St** | ☐ Unliquidated
| | ☐ Disputed
| **Wichita Falls, TX 76301-7024** | **Basis for the claim:**  Subcontractor
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,175.00
| **Robinson Manufacturing, Inc** | *Check all that apply.*
| | ☐ Contingent
| **7431 E State St # 304** | ☐ Unliquidated
| | ☐ Disputed
| **Rockford, IL 61108-2678** | **Basis for the claim:**  Subcontractor
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,200.00
| **Roldan Construction** | *Check all that apply.*
| | ☐ Contingent
| **1528 12th St** | ☐ Unliquidated
| | ☐ Disputed
| **Des Moines, IA 50316** | **Basis for the claim:**  Subcontractor
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $77,302.00
| **Royal E Construction, LLC** | *Check all that apply.*
| | ☐ Contingent
| **703 Garnet Dr** | ☐ Unliquidated
| | ☐ Disputed
| **Laredo, TX 78045-6314** | **Basis for the claim:**  Subcontractor
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $975.00
| **RPS Inc** | *Check all that apply.*
| | ☐ Contingent
| **3012 Enterprise St** | ☐ Unliquidated
| | ☐ Disputed
| **Costa Mesa, CA** | **Basis for the claim:**  Subcontractor
| Date or dates debt was incurred    _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

Debtor **O'Connor Construction Group, LLC**

Name

Case number *(if known)* _____

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,470.00 |
|---|---|---|---|

3.176 | Nonpriority creditor's name and mailing address
RSP Architects LTD

Po Box 860682

Minneapolis, MN 55486-0606

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Architectural/Engineering **Services**

Is the claim subject to offset?
☑ No
☐ Yes

$67,470.00

---

3.177 | Nonpriority creditor's name and mailing address
RVD Construction

208 Daisy Ln

Laredo, TX 78046-5111

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$4,960.00

---

3.178 | Nonpriority creditor's name and mailing address
Rytec Corporation

Po Box 403

Jackson, WI 53037-0403

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$108,550.94

---

3.179 | Nonpriority creditor's name and mailing address
Sassman Glass & Mirror LLC

4455 Nw 6th Dr

Des Moines, IA 50313-2211

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$1,562.20

---

3.180 | Nonpriority creditor's name and mailing address
Satellite Shelters, Inc

Po Box 860700

Minneapolis, MN 55486-0606

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rental Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$4,648.15

Debtor  **O'Connor Construction Group, LLC**                                        Case number *(if known)* _____
                Name

| Part 2: | Additional Page |
|---|---|

---

**3.181** | Nonpriority creditor's name and mailing address
**Scout Cold Storage Dallas, LLC**

**2655 LeJeune Road, P2E**

**Miami, FL 33134**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.182** | Nonpriority creditor's name and mailing address
**Sealant Solution**

**1079 W Round Grove Rd Ste 30**

**Lewisville, TX 75067-7905**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**$513.50**

---

**3.183** | Nonpriority creditor's name and mailing address
**Sea-Tac Electric**

**7056 S 220th St**

**Kent, WA 98032-1910**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**$117,933.05**

---

**3.184** | Nonpriority creditor's name and mailing address
**Shambaugh & Son**

**7614 Opportunity Dr**

**Fort Wayne, IN 46825-3363**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**$72,000.00**

---

**3.185** | Nonpriority creditor's name and mailing address
**South County Interiors Inc**

**699 S State College Blvd**

**Fullerton, CA 92831-5135**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,750.00**

---

Debtor  **O'Connor Construction Group, LLC**                                Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,500.27 |

Southern Dock Products

Po Box 840602

Dallas, TX 75284-0602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.98 |

Southern Sanitation

Po Box 333

Laredo, TX 78042-0333

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rental Equipment**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,871.25 |

Sovic Designs LLC

1635 Rogers Rd

Fort Worth, TX 76107-6513

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Website Design**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,620.00 |

SQ Contracting, LLC

3805 Jeanette Ln

Mckinney, TX 75071-2436

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,550.89 |

SS Masonry LLC

1801 Park Ln

Alvarado, TX 76009-5413

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor **O'Connor Construction Group, LLC**                                Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Steel King Industries Inc**

**Po Box 6605**

**Carol Stream, IL 60197-6605**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,636.90

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Stetson Building Products LL**

**Po Box 856458**

**Minneapolis, MN 55485-6458**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,779.20

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Stickfort Electric Company**

**201 E 22nd St**

**Cedar Falls, IA 50613-4291**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$234,425.00

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Strategic Network Consulting**

**5555 West Loop S Ste 450**

**Bellaire, TX 77401-2108**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,643.94

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Stronghold Alarm Systems, Inc**

**9123 196th Street Ct E**

**Graham, WA 98338-6462**

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$347.13

---

| Debtor | **O'Connor Construction Group, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,875.00**
---

Structural Contractors

1799 Sand Rd

Ossian, IA 52161-8026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,856.55**

Summit Fire Protection

575 Minnehaha Ave W

Saint Paul, MN 55103-1573

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,723.75**

Sun Concrete Pumping, Co.

2101 Se 44th Ct

Grimes, IA 50111-4932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,119.93**

Sunstate Equipment Co

Po Box 208439

Dallas, TX 75320-8439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,942.67**

T-5 Distributors Forest Hill

5703 Crawford Ln

Forest Hill, TX 76119-6845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **O'Connor Construction Group, LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,422.65
| TAU Properties LLC | *Check all that apply.* |
| | ☐ Contingent |
| 11506 Nicholas St Ste 100 | ☐ Unliquidated |
| | ☐ Disputed |
| Omaha, NE 68154-4421 | **Basis for the claim:** Office Lease |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,245.25
| Terracon Consultants Inc | *Check all that apply.* |
| | ☐ Contingent |
| Po Box 959673 | ☐ Unliquidated |
| | ☐ Disputed |
| Saint Louis, MO 63195-9673 | **Basis for the claim:** Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,696.25
| Texas Surveying Inc. | *Check all that apply.* |
| | ☐ Contingent |
| 104 S Walnut St | ☐ Unliquidated |
| | ☐ Disputed |
| Weatherford, TX 76086-4435 | **Basis for the claim:** Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112,680.00
| Texoma Industrial Insulation | *Check all that apply.* |
| | ☐ Contingent |
| Po Box 497 | ☐ Unliquidated |
| | ☐ Disputed |
| Denison, TX 75021-0497 | **Basis for the claim:** Subcontractor |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00
| The Anderson Group LLC | *Check all that apply.* |
| | ☐ Contingent |
| 9152 Shorewood Dr | ☐ Unliquidated |
| | ☐ Disputed |
| De Soto, KS 66018-8430 | **Basis for the claim:** Marketing |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred _____ | ☑ No |
| Last 4 digits of account number __ __ __ __ | ☐ Yes |

---

| Debtor | O'Connor Construction Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

### 3.206

**Nonpriority creditor's name and mailing address**
The Brandt Companies, LLC

Po Box 227351

Dallas, TX 75222-7351

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,246.40

---

### 3.207

**Nonpriority creditor's name and mailing address**
The Fricks Company Inc

3000 W Loop 820 S

Fort Worth, TX 76116-5990

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,719.00

---

### 3.208

**Nonpriority creditor's name and mailing address**
The Home Depot

Home Depot Credit Services

P.O. Box 790345

Saint Louis, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number  1  1  0  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Charges

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,962.80

---

### 3.209

**Nonpriority creditor's name and mailing address**
The Sherwin-Williams Co.

2801 E Pioneer Pkwy Ste 130

Arlington, TX 76010-6900

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,041.86

---

### 3.210

**Nonpriority creditor's name and mailing address**
TJ Services

400 W. I-20 Suite 100

Weatherford, TX 76086

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,634.47

---

Debtor   **O'Connor Construction Group, LLC**                                           Case number *(if known)* _____
         Name

---

## Part 2: Additional Page

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $774.00 |
|---|---|---|---|

**3.211** Nonpriority creditor's name and mailing address
Trinity Valley Building Center

6920 C F Hawn Fwy

Dallas, TX 75217-4809

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Supplier

Is the claim subject to offset?
☑ No
☐ Yes

$774.00

---

**3.212** Nonpriority creditor's name and mailing address
Triple W Metal Building Cons

1200 S Main St Ste 112

Weatherford, TX 76086-5988

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$1,600.00

---

**3.213** Nonpriority creditor's name and mailing address
Twinlode Corporation

635 S Lafayette Blvd Ste 108

South Bend, IN 46601-2219

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

$271,571.87

---

**3.214** Nonpriority creditor's name and mailing address
United Rentals (North America)

Po Box 840514

Dallas, TX 75284-0514

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rental

Is the claim subject to offset?
☑ No
☐ Yes

$277,059.21

---

**3.215** Nonpriority creditor's name and mailing address
United Site Services

Po Box 660475

Dallas, TX 75266-0475

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment

Is the claim subject to offset?
☑ No
☐ Yes

$13,073.27

---

| Debtor | **O'Connor Construction Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**3.216** Nonpriority creditor's name and mailing address

W.J. Sapp & Son Inc

Po Box 126

Baldwin, FL 32234-0126

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.217** Nonpriority creditor's name and mailing address

Waste Control Recycling Inc

1150 3rd Ave

Longview, WA 98632-3205

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$279.48

---

**3.218** Nonpriority creditor's name and mailing address

Waste Management

Po Box 55558

Boston, MA 02205-5558

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,477.48

---

**3.219** Nonpriority creditor's name and mailing address

Waste Management of Arkansas

Po Box 55558

Boston, MA 02205-5558

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$972.26

---

**3.220** Nonpriority creditor's name and mailing address

Waste Solutions of Iowa

Po Box 938

Des Moines, IA 50304-0938

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,426.53

---

Debtor    **O'Connor Construction Group, LLC**          Case number *(if known)* _____

Name

---

**Part 2:**   Additional Page

| | | |
|---|---|---|
| **3.221** | **Nonpriority creditor's name and mailing address** <br><br> Weiland <br><br> 806 W South Airport Rd <br><br> Norfolk, NE 68701-1312 <br><br><br> Date or dates debt was incurred   _____ <br><br> Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   Materials Supplier <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $23,538.00 |
| **3.222** | **Nonpriority creditor's name and mailing address** <br><br> West End <br><br> Po Box 840567 <br><br> Dallas, TX 75284-0567 <br><br><br> Date or dates debt was incurred   _____ <br><br> Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   Materials Supplier <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $96,734.83 |
| **3.223** | **Nonpriority creditor's name and mailing address** <br><br> Western Sheet Metal <br><br> 2406 Hinton Dr <br><br> Irving, TX 75061-5710 <br><br><br> Date or dates debt was incurred   _____ <br><br> Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   Materials Supplier <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $3,632.08 |
| **3.224** | **Nonpriority creditor's name and mailing address** <br><br> Wex Bank <br><br> P.O. Box 639 <br><br> Portland, ME 04104 <br><br><br> Date or dates debt was incurred   _____ <br><br> Last 4 digits of account number   7 6 - 8 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   Credit Card Charges <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $9,740.64 |
| **3.225** | **Nonpriority creditor's name and mailing address** <br><br> White Cap, L.P. <br><br> Po Box 4852 <br><br> Orlando, FL 32802-4852 <br><br><br> Date or dates debt was incurred   _____ <br><br> Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**   Materials Supplier <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $3,682.36 |

Debtor    **O'Connor Construction Group, LLC**                                         Case number *(if known)* _____
        Name

---

### Part 2: Additional Page

| | | |
|---|---|---|
| **3.226** | **Nonpriority creditor's name and mailing address**<br>Whole Excavation LLC<br><br>Po Box 126<br><br>Hudson, IA 50643-0126<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $140,092.21 |
| **3.227** | **Nonpriority creditor's name and mailing address**<br>Williams Scotsman<br><br>Po Box 91975<br><br>Chicago, IL 60693-1975<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Rental Equipment<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,518.39 |
| **3.228** | **Nonpriority creditor's name and mailing address**<br>Willis Commercial Painting LLC<br><br>896 S Cherry Ln<br><br>Wht Settlemt, TX 76108-3213<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Subcontractor<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,157.50 |
| **3.229** | **Nonpriority creditor's name and mailing address**<br>Winsupply<br><br>Po Box 105525<br><br>Atlanta, GA 30348-5525<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Materials Supplier<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,517.59 |
| **3.230** | **Nonpriority creditor's name and mailing address**<br>Wise Ready Mix Inc<br><br>Po Box 488<br><br>Bridgeport, TX 76426-0488<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Materials Supplier<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,123.08 |

Debtor    **O'Connor Construction Group, LLC**
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
   **Wortham Insurance and Risk M**

   **Po Box 731463**

   **Dallas, TX 75373-1463**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:     $240.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Construction Bond

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor  **O'Connor Construction Group, LLC**                                                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $45,503.93 |
| 5b. | **Total claims from Part 2** | 5b. + | $11,976,202.76 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $12,021,706.69 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>O'Connor Construction Group, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Texas</td></tr>
<tr><td colspan="2">Case number (if known): _____    Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2019 Ford Super Duty F-250 SRW | Ford Motor Credit Company LLC |
| | State the term remaining | 3 months | PO Box 650574 |
| | List the contract number of any government contract | | Dallas, TX 75265-0574 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | D6NXL Caterpillar Track Type Tractor | Caterpillar Financial Services Corporation |
| | State the term remaining | 4 months | 2120 West End Avenue |
| | List the contract number of any government contract | | Nashville, TN 37203 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 320EL Caterpillar Hydraulic Excavator | Caterpillar Financial Services Corporation |
| | State the term remaining | 4 months | 2120 West End Avenue |
| | List the contract number of any government contract | | Nashville, TN 37203 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease at 4150 International Plaza | FLDR/TLC Overton Centre L.P. |
| | State the term remaining | Contract to be REJECTED<br>1 months | 4150 International Plaza Suite 104 |
| | List the contract number of any government contract | | Fort Worth, TX 76109 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease in Omaha, Nebraska | TAU Properties LLC |
| | State the term remaining | Contract to be REJECTED<br>17 months | 11506 Nicholas St Ste 100 |
| | List the contract number of any government contract | | Omaha, NE 68154-4421 |

| Debtor | O'Connor Construction Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: VOIP Phone System and Maintenance Service Agreement<br><br>State the term remaining: 0 months<br><br>List the contract number of any government contract | IntegraCom, Inc.<br>545 E. John Carpenter Frwy Suite 300<br>Irving, TX 75062 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: HP T2500PS Multifunction Printer<br><br>State the term remaining: 5 months<br><br>List the contract number of any government contract | ImageNet Consulting LLC<br>913 N Broadway Ave<br>Oklahoma City, OK 73102-5810 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest: HP CLJ E876a Series Lasor Jet Printer<br><br>State the term remaining: 5 months<br><br>List the contract number of any government contract | ImageNet Consulting LLC<br>913 N Broadway Ave<br>Oklahoma City, OK 73102-5810 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest: HP CLJE778DN Series Printer<br><br>State the term remaining: 5 months<br><br>List the contract number of any government contract | ImageNet Consulting LLC<br>913 N Broadway Ave<br>Oklahoma City, OK 73102-5810 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest: Communications Service Agreement<br><br>State the term remaining: 10 months<br><br>List the contract number of any government contract | NexVortex<br>BCM One<br>P.O. Box 22500<br>New York, NY 10087-2250 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest: Internet Service Agreement<br><br>State the term remaining: 26 months<br><br>List the contract number of any government contract | Rise Broadband<br>61 Inverness Drive, East Suite 250<br>Englewood, CO 80112 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest: Lot and mobile home located at Site #73 at Cedar Knoll in Waterloo, IA.<br><br>State the term remaining: 3 months<br><br>List the contract number of any government contract | YES Companies EXP Key, LLC dba Cedar Knoll<br>5050 S. Syracuse Street Suite 1200<br>Denver, CO 80237 |

Debtor    O'Connor Construction Group, LLC           Case number *(if known)* _____
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | Wesson Construction Contract for New Facility |
| State the term remaining | |
| List the contract number of any government contract | 0 months |

**2.13** contract: Wesson Construction Contract for New Facility
Party: Miakoda Property LP
9408 Palencia Ct
Fort Worth, TX 76126-1936

**2.14** State what the contract or lease is for and the nature of the debtor's interest: Cargill Weatherford Contract for Renovation of Breakroom and Build Small Addition
State the term remaining
List the contract number of any government contract: 0 months
Party: Provimi North America, Inc.
6571 State Route 503
Lewisburg, OH 45338

**2.15** State what the contract or lease is for and the nature of the debtor's interest: Cargill Fort Worth Contract to Demo Existing Building
State the term remaining
List the contract number of any government contract: 0 months
Party: Cargill Meat Solutions Corporation
P.O. Box 2519
Wichita, KS 67202

**2.16** State what the contract or lease is for and the nature of the debtor's interest: Cypress Cold Storage Contract to Re-Roof Facility
State the term remaining
List the contract number of any government contract: 0 months
Party: Cypress Cold Storage
1301 Gregory Street
North Little Rock, AR 72114

**2.17** State what the contract or lease is for and the nature of the debtor's interest: Crystal Distribution Contract for Cold Storage & Process Facility Expansion
State the term remaining
List the contract number of any government contract: 0 months
Party: Crystal Distribution Services, Inc.
1656 Sycamore Street
Waterloo, IA 50703

**2.18** State what the contract or lease is for and the nature of the debtor's interest: USCS Laredo Panels Contract to Install Insulated Panels
State the term remaining
List the contract number of any government contract: 0 months
Party: United States Cold Storage
2 Aquarium Drive Suite 400
Camden, NJ 08103

Debtor   O'Connor Construction Group, LLC                           Case number *(if known)* _____
                    Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.19**
State what the contract or lease is for and the nature of the debtor's interest: USCS Denton Contract to Dock Expansion & Paving
State the term remaining:
List the contract number of any government contract: 0 months

United States Cold Storage
2 Aquarium Drive Suite 400
Camden, NJ 08103

**2.20**
State what the contract or lease is for and the nature of the debtor's interest: USCS Lake City Contract for New Rail dock & Site Work
State the term remaining:
List the contract number of any government contract: 0 months

United States Cold Storage
2 Aquarium Drive Suite 400
Camden, NJ 08103

**2.21**
State what the contract or lease is for and the nature of the debtor's interest: USCS Fort Worth Contract for New Dehumidifier on Rail Dock
State the term remaining:
List the contract number of any government contract: 0 months

United States Cold Storage
2 Aquarium Drive Suite 400
Camden, NJ 08103

**2.22**
State what the contract or lease is for and the nature of the debtor's interest: Fresh Innovations Contract for Parking Lot & Misc. Sitework
State the term remaining:
List the contract number of any government contract: 0 months

Fresh Innovations, LLC
3810 TX 114
Rhome, TX 76078

Fill in this information to identify the case:

Debtor name _____O'Connor Construction Group, LLC_____

United States Bankruptcy Court for the:
_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Alex Baumgartner | 1225 E Bankhead Hwy<br>Street<br><br>Weatherford, TX 76086<br>City    State    ZIP Code | CIT Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Danny Milligan | 9657 Old Agnes Road<br>Street<br><br>Springtown, TX 76082<br>City    State    ZIP Code | Breakout Capital, LLC<br><br><br>CIT Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.3 O'Connor, Amy | 173 County Road 3850<br>Street<br><br>Poolville, TX 76487-2315<br>City    State    ZIP Code | Breakout Capital, LLC<br><br><br>Green Capital Funding<br><br><br>Union Funding Source, Inc<br><br><br>AgTexas FLCA | ☑ D<br>☐ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |

Debtor    O'Connor Construction Group, LLC                Case number *(if known)* _____
        Name

### ▮ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| | | CIT Bank, N.A. | ☑D ☐E/F ☐G |
| 2.4   O'Connor, Paul | 173 County Road 3850<br>Street<br><br>Poolville, TX 76487-2315<br>City     State    ZIP Code | Breakout Capital, LLC | ☑D ☐E/F ☐G |
| | | Green Capital Funding | ☐D ☑E/F ☐G |
| | | Union Funding Source, Inc | ☑D ☐E/F ☐G |
| | | AgTexas FLCA | ☑D ☐E/F ☐G |
| | | TAU Properties LLC | ☐D ☑E/F ☐G |
| | | CIT Bank, N.A. | ☑D ☐E/F ☐G |
| | | Creditors Relief, LLC | ☐D ☑E/F ☐G |
| 2.5 _____ | Street<br><br>City     State    ZIP Code | | |

Debtor     O'Connor Construction Group, LLC                                      Case number *(if known)* _____
           Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street<br><br>_____<br>City     State     ZIP Code | | |

| Fill in this information to identify the case: |
| --- |

Debtor name _____O'Connor Construction Group, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/11/2022_____
           MM/  DD/  YYYY

**X**   /s/ Paul O'Connor_____
Signature of individual signing on behalf of debtor

Paul O'Connor_____
Printed name

Member/Manager_____
Position or relationship to debtor